

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00666-CR

Jerry **FARRISH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR7407
Honorable Frank J. Castro, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED April 1, 2020.

Luz Elena D. Chapa, Justice